UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 3:12-cv-01046<br>) |
| LEGENDS BANK, | )<br>) |
| Defendant. | )<br>) |

ORDER:
Motion granted. The Initial Case Mgt Conference is reset to February 19, 2013, at 10:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

## JOINT MOTION TO EXTEND PERIOD FOR DETERMINATION OF CLASS AND CASE MANAGEMENT CONFERENCE

Counsel for Plaintiff and Defendant hereby jointly move the Court to extend the Plaintiff's period to move for a determination under Rule 23(c)(1) for class status, which is currently December 11, 2012, to February 11, 2013 and counsel further jointly hereby move to continue the Initial Case Management Conference which is currently set for December 17, 2012 at 11:30 a.m. CST by 30 or 60 days due to the fact that counsel are involved in good faith negotiations to attempt to resolve the matter and exchange initial information.

WHEREFORE, counsel for the parties respectfully move this Court for the entry of an Order continuing the Plaintiff's period to move for a determination of class status under Rule 23(c)(1), *Fed. R. Civ. P.*, and to continue the Initial Case Management Conference from December 17, 2012 at 11:30 C.S.T. by 30 or 60 days due to the fact that counsel are involved in good faith negotiations to attempt to resolve the matter and exchange initial information.