UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEGENDS BANK, )<br>)<br>Defendant. ) | Case No. 3:12-cv-01046 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, in the above-referenced action, all of Plaintiff's claims against Defendant are dismissed with prejudice.

Each party shall bear their own respective costs and fees with respect to this matter.

Respectfully submitted this 19th day of February, 2013.

*/s/ PAMELA L. REEVES*
Pamela L. Reeves, Esq. (TN BPR #006643)
Reeves, Herbert & Anderson, P.A.
2607 Kingston Pike, Suite 130
Knoxville, Tennessee 37919
(865) 540-1977
(865) 540-1988 (facsimile)

*/s/ DANIEL W. SMALL w/permission by Pamela L. Reeves*
Daniel W. Small, Esq. (TN BPR #006359)
102 Duke Street
Ashland City, Tennessee 37015
615-252-6000
615-252-6001 (facsimile)